# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149126 & (22)(23)

BANK OF NEW YORK MELLON TRUST
COMPANY,
        Plaintiff-Appellee,

v

MAURINE JONES and PRECIOUS JONES,
        Defendants-Appellants.

SC: 149126
COA: 321236
Ingham CC: 13-000970-AV

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 17, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.  The motion for stay is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2014



Clerk

d0422